IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELO LOUIS DICOSTANZO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF YELLOWSTONE, ET AL.,<br><br>Defendant. | CV 24-139-BLG-DWM<br><br>ORDER |

Plaintiff Angelo Louis DiCostanzo has filed a Complaint related to his legal mail. (Doc. 2.) The Complaint failed to state a federal claim for relief, but DiCostanzo was given an opportunity to file an amended complaint. (Doc. 6.) DiCostanzo's Amended Complaint likewise fails to state a claim and is dismissed.

DiCostanzo's Amended Complaint states with greater specificity the legal mail that he contends has been opened outside of his presence. He specifically states that the mail is from the "Child Support Office" or is "Child Support Legal Mail." As explained in the Court's prior Order, mail to and from state agencies is not "legal mail," and may be opened and inspected outside an inmate's presence. *O'Keefe v. Van Boening*, 82 F.3d 322, 325–27 (9th Cir. 1996) (holding that inspection of grievance mailings to state agencies did not violate First

1

Amendment); *Grigsby v. Horel*, 341 Fed. Appx. 314, 314–15 (9th Cir. 2009). DiCostanzo has failed to state a claim that his constitutional rights have been violated by the opening of legal mail at Yellowstone County Detention Facility.

Likewise, DiCostanzo has failed to allege sufficient facts against Yellowstone County or Mike Linder. He alleged no policy against Yellowstone County that violates his rights. Nor has he alleged that Linder has violated his rights; in fact, he alleges that Linder has a policy that would protect his rights. (Doc. 7 at 4 and 8.) DiCostanzo fails to state a claim against these defendants.

28 U.S.C. §§ 1915, 1915A require a court to dismiss a complaint that fails to state a claim upon which relief may be granted. For the reasons stated above, and in the Court's prior screening Order, DiCostanzo's Amended Complaint fails to state a claim upon which relief may be granted.

Accordingly, it is HEREBY ORDERED:

1. DiCostanzo's Amended Complaint is DISMISSED. The Clerk of Court is directed to close this matter and enter judgment pursuant to Fed. R. Civ. P. 58.

2. The Clerk shall have the docket reflect that this dismissal counts as a strike against DiCostanzo within the meaning of 28 U.S.C. § 1915.

3. The Clerk shall have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 20th day of December, 2024.

_____
Donald W. Molloy, District Judge
United States District Court