UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELO LOUIS DICOSTANZO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF YELLOWSTONE, MIKE LINDER, JOHN/JANE DOE, YELLOWSTONE COUNTY DETENTION FACILITY, D. WEBB,<br><br>Defendants. | Case No. CV-24-139-BLG-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 8), this matter is DISMISSED.

    Dated this 20th day of December, 2024.

                    TYLER P. GILMAN, CLERK

                    By: /s/ H. Gauthier
                    H. Gauthier, Deputy Clerk